# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-41424 MBM  
**Case Name:** SCOTT, DONALD C  

**Period Ending:** 03/31/11

**Trustee:** (420470) Timothy J. Miller  
**Filed (f) or Converted (c):** 01/20/11 (f)  
**§341(a) Meeting Date:** 02/09/11  
**Claims Bar Date:**

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Chase Bank checking & savings (3 accounts)<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 2,300.00 | 0.00 | DA | 0.00 | FA |
| 2 | Comerica Business Checking (20% partner K & N Au<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 2,600.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc HHG&F<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 2,885.00 | 0.00 | DA | 0.00 | FA |
| 4 | Clothes & Misc Items<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 415.00 | 0.00 | DA | 0.00 | FA |
| 5 | IRA<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Roth IRA<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 20% stock ownership Rowland & Scott, Inc., d/b/a<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2010 Est. FITR<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 1,900.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1999 Saab<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 1,375.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2008 Harley-Davidson Motorcycle<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Six (6) Home Computers $3200; One (1) Laptop $10<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 4,200.00 | 0.00 | DA | 0.00 | FA |
| 12 | 20% ownership equipment, tools & assets Rowland | 2,000.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-41424 MBM
**Case Name:** SCOTT, DONALD C

**Period Ending:** 03/31/11

**Trustee:** (420470) Timothy J. Miller
**Filed (f) or Converted (c):** 01/20/11 (f)
**§341(a) Meeting Date:** 02/09/11
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 13 | personal tools (FMV, debtor intends to fully exe<br>Orig. Asset Memo: Imported from original petition Doc# 1; | 8,500.00 | 8,500.00 | | 0.00 | 8,500.00 |
| **13** | **Assets** **Totals** (Excluding unknown values) | **$82,675.00** | **$8,500.00** | | **$0.00** | **$8,500.00** |

**Major Activities Affecting Case Closing:**

2/9/11 Need docs 2010 K&n Auto sales statements 2009 income tax
4/13/11Debtor 1 0f 3 partners in business

**Initial Projected Date Of Final Report (TFR):** February 14, 2012 **Current Projected Date Of Final Report (TFR):** February 14, 2012

April 26, 2011
Date

/s/ Timothy J. Miller
Timothy J. Miller